# United States District Court Violation Notice

**Loc Code:** GU10
**Violation No:** N112131

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | Place of Offense | Officer No |
|---|---|---|---|
| 12-17-04 12:40 AM | GCA Code Chap 10 §§ 1809 | Post/Comm Nav Sta, Santa Rita 64 | 1391 |

**Offense Description:** Possession of opened container in a motor vehicle

**Printed Officer Name:** Clark, Ronald

**Defendant's Last Name:** Brown
**First Name:** Jason
**MI:** M.

**Street Address:** SS Petersburg
**City:** FPO-AP
**State:** MI
**Zip Code:** 96675
**Date of Birth:** 2/9/74

**Driver's License No:** 86503560306
**D L State:** MI
**Social Security No:** 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

## VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| MN53415 | GU | 2000 | Nissan Sentra | Silver |

- [ ] A — YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
- [x] B — YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS
  - [ ] I wish to terminate this matter by paying the collateral shown below, enclosed
  - [ ] I plead not guilty and promise to appear as required

**Court Address:**
**YOUR COURT DATE** — Date / Time

**Collateral (fine):** For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1996
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

Original — CVB Copy — Previous editions is obsolete

N112131

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Dec. 17, 2004 while exercising my duties as a law enforcement officer in the U.S. District of Guam

Officer Attrolie M.C. observed a open container of beer in the back of the passenger side of the vehicle arriving on approx the of the violation notice. Mr. Brown admitted that the can was his. The violation notice was issued to Mr. Brown who the front passenger of the vehicle where the open container was located. The incident is associated with a driving under influence case for while the District Court violation notice No NN170 for detail.

The foregoing statement is based upon:
- [x] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 12-17-04
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1996

STEVE CHIAPPETTA, Special Assistant US Attorney
Date: _____

**FILED**
FEB 22 2005
MARY L.M. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM