



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE |
|---|---|
| Plaintiff, | CRIMINAL CASE NO. 05-00002-001<br>CITATION NO. N112131 |
| vs. | O R D E R |
| JASON M. BROWN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 22, 2005.

Dated this 24TH day of February, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM