DISTRICT COURT OF GUAM

③

| UNITED STATES OF AMERICA, | Citation Number: N112131 |
|---|---|
| Plaintiff(s), | Location Code: _GU10_ |
| | Violation of Title: _GCA Code 18121_ |
| vs. | U.S. Code, Section: _____ |
| **JASON M. BROWN** | **ORDER FOR PAYMENT OF FINE/** |
| Defendant(s). | **FORFEITURE OF COLLATERAL AND/OR** |
| | **SPECIAL ASSESSMENT FEE** |

On _February 22, 2005_ , Magistrate Judge _Joaquin V. E. Manibusan, Jr._ ORDERED that the defendant pay a fine/forfeit collateral ☑ with ☐ without the mandatory $10.00 Special Assessment Fee as follows:

☑     $ _50.00_ forthwith.

☐     $_____ on or before _____ , 20 _____.

☐     In installments of $_____ per month, by the _____ day of each month until paid in full. (USE PAYMENT SLIPS AND ENVELOPES ATTACHED.)

☐     All checks and/or money orders must be made payable to CLERK, U. S. DISTRICT COURT and mailed to: Central Violations Bureau, P.O. Box 740026, Atlanta, GA 30374-0026. Your cancelled check is your receipt. To verify receipt of payment by CVB, you may call 1(800) 827-2982.

The Fine Enforcement Act requires that interest will be due and payable on any unpaid balance. Under federal law an additional 10% charge must be assessed on all payments that are overdue for 30 days. Furthermore, if an amount owed is past due for more than 120 days, the defendant shall pay a penalty equal to 25% of the amount past due. Once any payment is in default, the entire amount of the fine plus all costs, penalties, and interest are due within 30 days.

In addition to the foregoing penalties, IT IS FURTHER ORDERED that if a fine is unpaid as of the date designated, the U.S. Attorney may institute proceedings for an Order to Show Cause Re Contempt.

Date: **February 22, 2005**

_____
Magistrate Judge Courtroom Deputy Clerk

### PRIVACY ACT STATEMENT

**Disclosure of social security numbers are authorized by Section 3612(b)(1)(A) of Title 18 of the United States Code. This information is mandatory where a total fine of over $100 has been imposed. The information will be transmitted to the U.S. Attorney General for use in collecting any amount of fine and/or special assessment that the defendant has failed to pay.**

I hereby certify that I have received a copy of this Order. Dated: _2/22/05_

Date of Birth _2/9/74_

Social Security Number _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_

Driver's License Number    Telephone No. _PETERSBURG_

Defendant's Signature

Address _25193 OXFORD_

City _WOOD HAVEN_    State _MI_    Zip Code _48183_

cc:    AUSA
      Defendant

ORDER FOR PAYMENT OF FINE/FORFEITURE OF COLLATERAL AND/OR ASSESSMENT FEE

US atty

ACKNOWLEDGED RECEIPT

By: _____
Date: _____



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM

FEB 24 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

vs.

JASON M. BROWN

Citation No. N112131
Date Violation Notice issued 12/17/2004
Violation Charged GCA Code §18121
Possession of opened container in a motor vehicle
CD No. CVB #2    Date: February 22, 2005



**Honorable Joaquin V. E. Manibusan, Jr., U.S. Magistrate Judge**

| Leilani R. Toves Hernandez | Steve Chiappetta | John Gorman | |
| Deputy Clerk | Asst. U.S. Attorney | Counsel for defendant | Interpreter |

[✔] Defendant arraigned. Informed of charges and rights.

[✔] Defendant filed financial affidavit and is informed of consequences if any false information is given.

[✔] Attorney appointed: _____ [✔] FPD  [ ] PANEL

[✔] Defendant executes Consent to be Tried by U. S. Magistrate Judge. *(oral)*

[ ] Defendant executes Consent to Transfer Petty Offense for Plea and Sentence.

[✔] Defendant enters:  [ ] Not Guilty Plea  [✔] Guilty Plea

[✔] Court accepts plea.

[ ] Court orders case continued to _____ at _____ a.m.

[ ] Bail is set at $ _____  [ ] PR Bond  [ ] Defendant released.

[✔] Other Defendant ordered to pay a $50.00 Fine and $10.00 Special Assessment Fee.

By _____
Deputy Clerk

PROCEEDINGS SHEET - VIOLATION NOTICE