**FILED**
DISTRICT COURT OF GUAM

FEB 24 2005

**MARY L.M. MORAN**
**CLERK OF COURT**



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA | Citation No. N112131 |
|---|---|
| | Date Violation Notice issued 12/17/2004 |
| vs. | Violation Charged GCA Code §18121 |
| | Possession of opened container in a motor vehicle |
| JASON M. BROWN | CD No. CVB #2    Date: February 22, 2005 |



**Honorable Joaquin V. E. Manibusan, Jr., U.S. Magistrate Judge**

| Leilani R. Toves Hernandez | Steve Chiappetta | John Gorman | |
|---|---|---|---|
| Deputy Clerk | Asst. U.S. Attorney | Counsel for defendant | Interpreter |

[✔] Defendant arraigned. Informed of charges and rights.

[✔] Defendant filed financial affidavit and is informed of consequences if any false information is given.

[✔] Attorney appointed: _____ [✔] FPD [ ] PANEL

[✔] Defendant executes Consent to be Tried by U. S. Magistrate Judge. *(oral)*

[ ] Defendant executes Consent to Transfer Petty Offense for Plea and Sentence.

[✔] Defendant enters:    [ ] Not Guilty Plea [✔] Guilty Plea

[✔] Court accepts plea.

[ ] Court orders case continued to _____ at _____ a.m.

[ ] Bail is set at $ _____ [ ] PR Bond [ ] Defendant released.

[✔] Other _Defendant ordered to pay a $50.00 Fine and $10.00 Special Assessment Fee._

By_____
Deputy Clerk

PROCEEDINGS SHEET - VIOLATION NOTICE